IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YEDI VARGAS ROJAS | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK GARLAND, *et al.*, | : | |
| *Defendants* | : | NO. 23-3215 |

## ORDER

AND NOW, this 6th day of September, 2023, upon consideration of Plaintiff Yedi Vargas Rojas's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. No. 3), the Government's Answer Opposing Ms. Vargas's Motion (Doc. No. 10), Ms. Vargas's letter brief in opposition to the Government's Answer (Doc. No. 11), and Ms. Vargas's Supplemental Brief in Support of Her Motion (Doc. No. 15), it is hereby **ORDERED** that Ms. Vargas's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. No. 3) is **DENIED** for the reasons set forth in the accompanying memorandum.

It is **FURTHER ORDERED** that the case will be transferred to the U.S. District Court for the Western District of Washington.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE